1   LAW OFFICES OF JOHN R. WALTON, P.C.
    John R. Walton, Esq. (SBN 130666)
2   jrw@waltonlawpc.com
    George K. Rosenstock, Esq. (SBN 117515)
3   grosenstock@waltonlawpc.com
    35 N. Lake Ave., Ste. 700
4   Pasadena, California 91101
    Telephone: (626) 578-6000
5   Facsimile: (626) 578-6012

6
    Attorneys for Plaintiff TriPharma LLC
7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11                       **SOUTHERN DIVISION**

12  TRIPHARMA, LLC, a Delaware limited    | Civil Action No.
    liability company,                    | SACV12-00404 JVS (ANx)
13                          Plaintiff      |
                                           | **AMENDED NOTICE OF MOTION
14  vs.                                    | AND MOTION BY PLAINTIFF
                                           | TRIPHARMA, LLC FOR A ONE
15  FIRST FRUITS BUSINESS                  | TIER PROTECTIVE ORDER;
16  MINISTRY LLC, a South Carolina         | GEORGE K. ROSENSTOCK
    limited liability company; FIRST       | DECLARATION OF NON-
17  FRUITS BEVERAGE COMPANY                | COOPERATION**
    LLC, a Georgia limited liability       |
18  company; ROGER J. CATARINO, an         | **New Date**: December 20, 2012
    individual, GREG GUSS, an individual;  | (Old Date:    December 13, 2012)
19  and Does 1-100,                        | Time:         10:00 a.m.
20                                         | Courtroom: 6B
                        Defendants.        |
21                                         |
22                                         | Before Magistrate Judge Nakazato
23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE  TAKE NOTICE that at the above time and place plaintiff Tripharma, LLC  will move to have a one tier protective order entered in this action to protect confidential information produced by the parties during the course of litigation and thereafter.  Defendants are not represented by counsel.

This motion is made pursuant to Local Rule 37-1 and 37-2.4 on the grounds that Defendants have failed to provide their portion of the Joint Stipulation and is based on the attached declaration of non-cooperation of George K. Rosenstock and exhibits (including joint stipulation without defendants input or signature), any supplemental memoranda filed under Local Rule 37-2.3, and such arguments as may be presented at the hearing.

Dated: November 16, 2012        LAW OFFICES OF JOHN R. WALTON, P.C.

George K. Rosenstock
Attorneys for Plaintiff TriPharma, LLC

AMENDED NOTICE OF MOTION AND MOTION FOR ONE TIER PROTECTIVE ORDER

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action.  My business address is 35 N. Lake Ave., Suite 700, Pasadena, CA 91101.

On **November 16, 2012**, I served the foregoing document(s) described as AMENDED NOTICE OF MOTION AND MOTION BY PLAINTIFF TRIPHARMA, LLC FOR A ONE TIER PROTECTIVE ORDER; GEORGE K. ROSENSTOCK DECLARATION OF NON-COOPERATION on the interested parties in this action by placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

SEE ATTACHED SERVICE LIST

[ X ] **MAIL**: I placed true and correct copies of the document(s) in sealed envelope(s) to the above addressee(s). I am readily familiar with Law Offices of John R. Walton's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

[ ] **BY FED-EX**:  I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier providing overnight delivery, or delivered such envelope to an authorized courier or driver authorized by said express service carrier to receive documents, in an envelope or package designated by said express service carrier, with delivery fees pre-paid, addressed to those persons listed on the Service List on whom it is to be served, at the office address last given by such persons on a document filed in this case and served on this office.

[ ] **BY ELECTRONIC MEANS:** I caused such document(s) to be Electronically Served for the above-entitled matter.

[ X ] **FEDERAL**:  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on **November 16, 2012** at Pasadena, California.

Christine Inclan

SERVICE LIST

1
2
3   First Fruits Business Ministry LLC
4   213 Leaning Tree Rd.
    Columbia, SC 29223
5
6   First Fruits Beverage Company LLC
    213 Leaning Tree Rd.
7   Columbia, SC 29223
8
9   Roger Catarino
    213 Leaning Tree Rd.
10  Columbia, SC 29223
11  Greg Guss
    2178 W. Black Hills Court
12  Westlake Village, CA 91361
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**