UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - ORDER

Case No.:   SACV 12-00404 JVS (ANx)                          Dated: December 12, 2012

Title:       Tripharma, LLC v. First Fruits Business Ministry LLC, et al.
================================================================

Present:  **Hon. Arthur Nakazato, United States Magistrate Judge**
(In Chambers - No Appearances)

<u>Dodjie Lagman</u>                                             <u>None                  </u>
Deputy Clerk                                                CourtSmart Ref. No.

**Proceedings:**   Plaintiff's motion for a one tier protective order [148] ("Motion")

**Rulings:**      The Motion is GRANTED in the manner discussed below.

**Discussion:**

Having read and considered the Motion, which Defendants failed to oppose in the required time and manner, the Court finds this matter is appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Therefore, the hearing date is vacated and off calendar, and the clerk is directed to notify the parties that no appearances are required.

Defendants are deemed to have consented to the granting of the Motion by failing to file a timely opposition. Local Rule 7-12. Accordingly, the Motion is granted; within three court days of the date of this Order, Plaintiff's counsel shall email the clerk a proposed order that must be titled as a proposed Confidentiality Order, not a protective order, for the Magistrate Judge's review and signature. If Plaintiff uses the proposed protective order [148-8] as a starting point, Plaintiff must change the references in that proposed order so that it no longer states it is pursuant to the parties' stipulation and is not referred to as a Stipulated Protective Order in the body of the proposed order. Further, paragraph 6.3 must be revised to reflect that any motion to retain confidentiality must also be made in the manner required by Local Rule 37.

cc:     JUDGE SELNA
        All Parties                                         Initials of Deputy Clerk dg for shy