1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| TRIPHARMA LLC, a Delaware limited liability company<br><br>Judgment Creditor,<br><br>vs.<br><br>FIRST FRUITS BUSINESS MINISTRY LLC, a South Carolina limited liability company; FIRST FRUITS BEVERAGE COMPANY LLC, a Georgia limited liability company; ROGER J. CATARINO, an individual, GREG GUSS, an individual,<br><br>Judgment Debtors. | Case No. SACV12-00404 JVS (ANx)<br><br>**ORDER GRANTING EX PARTE APPLICATION AND MOTION OF JUDGMENT CREDITOR POST-JUDGMENT FOR:**<br><br>**(1) PRELIMINARY INJUNCTION PENDING SATISFACTION OF JUDGMENT AND ORDER**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Courtroom:     10C |

BN 19419537V1

## ORDER AND PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED THAT Judgment Creditor Tripharma LLC's ("Judgment Creditor") Motion for Preliminary Injunction is GRANTED. Judgment Debtors First Fruits Business Ministry, LLC, First Fruits Beverage Company, LLC, Roger Catarino, and Greg Guss ("JUDGMENT DEBTOR(S)"), and their partners, limited partners, members, agents, employees, assignees, successors, representatives, and all persons acting under, in concert with, or for him, and all other persons with actual or constructive knowledge of this order, and each of them, are enjoined from engaging in, or performing, directly or indirectly, any or all following acts, and a preliminary injunction shall issue as follows:

1. From selling, transferring, assigning, and/or otherwise encumbering, dissipating and/or disposing of any intellectual property owned or controlled by the Judgment Debtors including, but not limited to, U.S. Patent No. 6,899,892 ("892 Patent"), U.S. Patent No. 10,632,092 B2 ("092 Patent"), and the trademarks "Trisynex", "TrimFit", "Keto Life TrimFit", and "TrimFit For Life" (collectively, the "FF Assets"), which should be used to satisfy the balance owed on that certain judgment in the amount of $4,659,990, plus interest [ECF 214], that was entered by United States District Court for the Central District of California, Case No. SACV12-00404 (the "Action"), in favor of the Judgment Creditor and against the Judgment Debtors on (the "Judgment"), and the Order Granting Motion for Attorneys fees in the amount of $643,360.50 in favor or Judgment Creditor against Judgment Debtors [ECF 246] in the Action (the "Order")

2. An injunction in aid of collection is issued, enjoining the Judgment Debtors, and its officers, directors, agents, subsidiaries, attorneys, and representatives, not to:

    a. Expend, disburse, remove, transfer, assign, sell, convey, devise,

pledge, mortgage, create a security interest in, encumber, conceal or in any manner whatsoever deal in or dispose of the whole or any portion of the FF Assets;

    b.    Do any act which may impair, defeat, divert, prevent or prejudice the preservation of the FF Assets or the proceeds thereof;

    c.    Commit or permit any waste of the FF Assets or any portion thereof, or suffer or commit or permit any act on the FF Assets or any part thereof in violation of law;

    d.    Conceal or withhold any FF Assets, including any intellectual property of any kind;

    e.    Do any act which will, or which may tend to, impair, defeat, divert, prevent or prejudice the preservation of the FF Assets;

    f.    Demand, collect, compromise, trade, receive or dispose of any portion or proceeds of the FF Assets; and

    g.    Fail to comply with all procedures with regard to execution on the judgment herein.

Hearing set for June 13, 2022 is ordered VACATED.

Dated: June 8, 2022

_____
Honorable Judge James V. Selna
District Court Judge